CERTIFICATE OF SERVICE

     I hereby certify that on this 17th day of September, 2007, I caused a copy of the foregoing ANSWER AND AFFIRMATIVE DEFENSES OF MERCK & CO., INC. to be served via first-class mail, postage prepaid, on the following:

     CORY WATSON CROWDER & DEGARIS, P.C.
     Annesley H. DeGaris
     2131 Magnolia Avenue South
     Birmingham, AL 35205

     The above address has appeared on the prior papers in this action as the office address of the attorneys for Plaintiffs.

     Deponent is over the age of 18 years and not a party to this action.

     I further certify under penalty of perjury that under the laws of the United States of America the foregoing is true and correct.

Executed on September 17, 2007

                                                   /s/
                                              Sarah A. Binder